UNITED STATES, Appellee

v

WILLIAM H. KNIGHT, JR., Private,
U. S. Marine Corps, Appellant

22 USCMA 345, 46 CMR 345

No. 26,565

June 8, 1973

Commander George W. Powell, JAGC, USN, was on the pleadings for Appellant, Accused.

Lieutenant Colonel G. L. Bailey, USMC, and Lieutenant E. Alan Hechtkopf, JAGC, USNR, were on the pleadings for Appellee, United States.

## Opinion

QUINN, Judge:

Convicted of two lengthy periods of unauthorized absence, the accused testified that he was unable to adjust to life in the Marine Corps. On this appeal, he contends that evidence of a previous conviction by summary court-martial was improperly admitted because at the trial he had been unrepresented by counsel. Unlike the situation in United States v Alderman, 22 USCMA 298, 46 CMR 298 (May 25, 1973), this record of trial demonstrates that the evidence of the previous conviction had no prejudicial effect. The decision of the Court of Military Review is affirmed.

DARDEN, Chief Judge (concurring):

I concur in the result for the reasons set forth in my separate opinion in United States v Alderman, 22 USCMA 298, 46 CMR 298 (May 25, 1973).

DUNCAN, Judge (dissenting):

I disagree with the conclusion that the evidence of a previous conviction, unconstitutionally obtained, had no prejudicial effect on the sentence in this case for the reasons set forth in my separate opinions in United States v Alderman, 22 USCMA 298, 46 CMR 298 (May 25, 1973), and United States v Seda, 22 USCMA 341, 46 CMR 341 (June 8, 1973).